# ELECTRONIC RECORD

186-15

COA # 12-13-00136-CR          OFFENSE: 19.02

STYLE: Robert Lynn Pridgen v. The State of Texas          COUNTY: Anderson

COA DISPOSITION: AFFIRMED          TRIAL COURT: 3rd District Court

DATE: 12/03/2014          Publish: NO          TC CASE #: 29956

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Robert Lynn Pridgen v. The State of Texas          CCA #: 186-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: June 17, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____